UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN - 3 2003

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MACRODYNE, INC.,

                Defendant.

**STIPULATION AND ORDER**

Case Number: 02-CV-1315

**PLEASE TAKE NOTICE** that the law firm of Herzog, Engstrom & Koplovitz, P.C. counsel to the Defendant, Macrodyne, Inc. has requested of the counsel for the Plaintiff, an extension of time to answer the complaint herein until February 17, 2003 and it is stipulated, pursuant to Fed. R. Civ. P. 6(b) as follows:

The time for the Defendant to answer the complaint of the Plaintiff herein is hereby extended to and including February 17, 2003. That all other scheduling dates as fixed by the Court shall remain unchanged.

Dated: December 30, 2002
       Albany, New York

HERZOG, ENGSTROM, & KOPLOVITZ, P.C.

By: _____
JAMES M. REILLY, Esq.
Bar Roll Number: 102425
Attorneys for the Defendant
Corporate Woods, 7 Southwoods Blvd.
Albany, New York  12211
Phone: (518) 465-7581
Fax:    (518) 462-2743

JOSEPH A. PAVONE, UNITED STATES
ATTORNEY FOR THE NORTHERN DISTRICT
OF NEW YORK

By: _____
         Assistant United States Attorney

**SO ORDERED**

Dated: January 2, 2003
Albany, New York

_____
Honorable David R. Homer
United States Magistrate Judge